

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/08/2015

In Re:

Jeffrey Tasker

Debtor(s)

Case No.: 14-35023

Chapter 7

## ORDER CONVERTING CHAPTER 7 CASE TO CHAPTER 13

On this day the Court considered Debtor's Motion to Convert Chapter 7 Case to a Chapter 13 Case. Having considered the motion, the supporting exhibits, testimony and arguments of counsel, the Court finds good cause exists to grant the motion.

THEREFORE, it is ORDERED that Debtors' Motion to Convert Case from Chapter 7 to Chapter 13 is hereby GRANTED.

Signed: January 06, 2015

_____
Karen K. Brown
United States Bankruptcy Judge