

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
01/08/2015

In Re:

| | § | |
|---|---|---|
| Jeffrey Tasker | § | Case No.: 14-35023 |
| | § | |
| Debtor(s) | § | Chapter 7 |
| | § | |

# ORDER CONVERTING CHAPTER 7 CASE TO CHAPTER 13

On this day the Court considered Debtor's Motion to Convert Chapter 7 Case to a Chapter 13 Case. Having considered the motion, the supporting exhibits, testimony and arguments of counsel, the Court finds good cause exists to grant the motion.

THEREFORE, it is ORDERED that Debtors' Motion to Convert Case from Chapter 7 to Chapter 13 is hereby GRANTED.

Signed:   January 06, 2015

Karen K. Brown
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                          Case No. 14-35023-kkb
Jeffrey Tasker                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: mmap              Page 1 of 1           Date Rcvd: Jan 08, 2015
                              Form ID: pdf001         Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2015.
db           +Jeffrey Tasker,    28 Mullen St,    Cumberland, MD 21502-4097
8919086      +American Express,    PO Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
8919087     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
8919091     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,   PO Box 20363,
                 Kansas City, MO 64195)
8919088      +Cap1/neimn,    Po Box 30253,   Salt Lake City, UT 84130-0253
8919089      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
8919090      +Chase Mht Bk,    Attn:Bankruptcy Dept,   PO Box 15298,    Wilmington, DE 19850-5298
8919095      +Hsbc/bergd,    Bergdorf Goodman,   PO Box 5235,    Carol Stream, IL 60197-5235
8919099      +Jose Acuna,    3525 Sage No.708,   Houston, TX 77056-7072
8919102      +Selene Finance Lp,   9990 Richmond Ave Ste 40,    Houston, TX 77042-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8920259      +E-mail/Text: bankruptcy@cavps.com Jan 08 2015 22:16:31     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
9004510       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2015 22:28:30     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
8919092      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2015 22:28:30     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
8919093      +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2015 22:33:46     GECRB/Care Credit,
               Attn: bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
8919094      +E-mail/PDF: gecsedi@recoverycorp.com Jan 08 2015 22:33:46     GECRB/Gap,   Attn: bankruptcy,
               PO Box 103104,   Roswell, GA 30076-9104
8919097       E-mail/Text: cio.bncmail@irs.gov Jan 08 2015 22:13:45     Internal Revenue Service,
               Bankruptcy Special Procedures,   1919 Smith St.,   Houston, TX 77002
8919100      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 08 2015 22:13:33     Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
8919101      +E-mail/Text: bnc@nordstrom.com Jan 08 2015 22:13:38     Nordstrom FSB,
               Attention: Bankruptcy Department,   PO Box 6566,   Englewood, CO 80155-6566
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8919096*     +Internal Revenue Service,   P O Box 7317,   Philadelphia, PA 19101-7317
8919098*     +Jeffrey Tasker,   28 Mullen St,   Cumberland, MD 21502-4097
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2015 at the address(es) listed below:
          James T Ferguson    on behalf of Debtor Jeffrey  Tasker jamesfergusonattorney@gmail.com,
           jtfecf@gmail.com
          Nancy Lynne Holley    on behalf of U.S. Trustee    US Trustee nancy.holley@usdoj.gov
          US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
          William E. Heitkamp    heitkamp@ch13hou.com
                                                                                             TOTAL: 4
```